JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BERNARD TARUC,

              Plaintiff,

        v.

PEE JAY AUTO BODY
COLLISION, INC., et al.,

             Defendants.

Case No. CV 25-5151-JPR

**J U D G M E N T**

For the reasons set forth in the accompanying Order Granting Plaintiff's Motion for Default Judgment, Plaintiff BERNARD TARUC shall have JUDGMENT in his favor in the amount of $4,000 in statutory damages, $1,900 in attorney's fees, and $725 in costs, for a total of $6,625, against Defendants PEE JAY AUTO BODY COLLISION, INC., and RENE SALGADO SOTELO.

In addition, Defendants ARE ORDERED to provide an accessible entrance to the property at 655 Alderton Avenue, La Puente, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: September 26, 2025

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE